Date: 03/22/10    RCP #149983

# DIVIDENDS REMITTED TO THE COURT

Page: 1

Case Number 09-14490 - CLARK, JOHN J.

| Creditor | Claim No. | Amount Allowed | Amount Paid |
|---|---|---|---|
| PYOD LLC its successors and assigns<br>c/o Resurgent Capital Services<br>PO Box 19008<br>Greenville, SC 29602 | 000007 | 526.67 | 3.18   CK #108 |
| LVNV Funding LLC its successors and assigns<br>c/o Resurgent Capital Services<br>PO Box 10587<br>Greenville, SC 29603-0587 | 000013 | 793.96 | 4.80   #113 |
| AMERICAN INFOSOURCE LP AS AGENT FOR<br>CACH LLC<br>PO Box 248838<br>Oklahoma City, OK 73124-8838 | 000014 | 292.48 | 1.77   #114 |
| ---------- Remittance Total ---------- | | 1,613.11 | 9.75 |

*[signature]*
LAUREN A. HELBLING, Trustee

FILED 2010 MAR 23 PM 1:01   U.S. BANKRUPTCY COURT NORTHERN DISTRICT OF OHIO CLEVELAND